Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIAN CASTRO and CATHERINE CASTRO, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign company,<br><br>Defendant. | No. 2:24-cv-883-BJR<br><br>**STIPULATED MOTION AND ORDER AMENDING CASE SCHEDULE** |

## I. STIPULATION AND RELIEF REQUESTED

Pursuant to LCR 10(g) and 16(b)(6), the parties respectfully request the Court continue the current trial date and all pre-trial deadlines by 120 days and issue a new Scheduling Order reflecting the same. The parties have conferred, and this motion is stipulated.

Good cause exists to modify the case schedule. The parties have been working to narrow the issues in dispute and have planned to exchange proposals for final resolution of the case as a whole. Given the expert disclosures and the time period to complete discovery, the parties request the continuance to allow completion of discovery in effort to resolve or bring dispositive motions to narrow the relevant issues for trial.

Stipulated Motion and Order Amending Case Schedule – 1
Case No.: 2:24-cv-00883-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

Additionally, counsel for State Farm has another trial scheduled in the Eastern District of Washington for the United States District Court beginning on December 8, 2025. Given this conflict, the parties further believe good cause exists to continue the trial date and related dates.

## II. **STATEMENT OF FACTS**

The Parties have been pursuing resolution of this case. Currently Defendant has made all undisputed benefit payments under the applicable insurance policy. The parties have also been discussing possible settlement of the remaining claims and Plaintiff is in the process of preparing a demand with respect to the unresolved portions of the claim. The parties are hopeful that the remaining issues in the case can be resolved by negotiation and wish to off the costs of further discovery and trial preparations. The parties are jointly seeking a continuance in this matter of all deadlines as follows:

| **Description** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Jury Trial | 12/08/25 | 04/07/26 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 05/12/25 | 09/09/25 |
| Discovery completed by | 06/11/25 | 10/08/25 |
| All dispositive motions must be filed by | 07/11/25 | 11/10/25 |
| All motions in limine must be filed by | 10/29/25 | 02/26/26 |
| Joint Pretrial Statement | 11/10/25 | 03/10/26 |
| Pretrial conference scheduled | 11/25/25 | 03/25/26 |

## III. **ARGUMENT**

### A.     **Applicable Legal Standard**

"A [case] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). *See also* LCR 16(b)(6) ("A schedule may be modified only for good cause and with the judge's consent."). The decision to modify a scheduling order is within the

Stipulated Motion and Order Amending Case Schedule – 2
Case No.: 2:24-cv-00883-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992).

B. <u>**Good Cause Exists to Modify the Trial Date and Case Schedule**</u>

Good cause exists to amend the trial deadlines in this matter as outlined above in the introduction. The parties have been working to narrow the issues in dispute and have planned to exchange proposals for final resolution of the case as a whole. Given the expert disclosures and the time period to complete discovery, the parties request the continuance to allow completion of discovery in effort to resolve or bring dispositive motions to narrow the relevant issues for trial.

Additionally, counsel for State Farm has another trial scheduled in the Eastern District of Washington for the United States District Court beginning on December 8, 2025. Given this conflict, the parties further believe good cause exists to continue the trial date and related dates.

## IV.  ORDER

After consideration of the Stipulated Motion to Amend Case Schedule, and the Court being fully advised on the premises, it is hereby ORDERED that the Parties' Stipulated Motion is **GRANTED.** The case schedule is amended as follows:

| **Description** | **Previous Date** | **Amended Date** |
|---|---|---|
| Jury Trial | 12/08/25 | 04/07/26 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 05/12/25 | 09/09/25 |
| Discovery completed by | 06/11/25 | 10/08/25 |
| All dispositive motions must be filed by | 07/11/25 | 11/10/25 |
| All motions in limine must be filed by | 10/29/25 | 02/26/26 |
| Joint Pretrial Statement | 11/10/25 | 03/10/26 |
| Pretrial conference scheduled | 11/25/25 | 03/25/26 |

Stipulated Motion and Order Amending Case Schedule – 3
Case No.: 2:24-cv-00883-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

Dated this 13th day of May 2025.

_____
Barbara J. Rothstein
United States District Court Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
*Attorneys for Defendant State Farm Fire & Casualty Company*

POLI, MOON & ZANE, PLLC

*s/ Robert D. Bohm, for (via email approval)*
Christopher M. Walsh, WSBA #59454
*Attorneys for Plaintiff*

ROBERT D. BOHM, PLLC

*s/ Robert D. Bohm (via email approval)*
Robert D. Bohm, WSBA #42703
*Attorneys for Plaintiff*

Stipulated Motion and Order Amending Case Schedule – 4
Case No.: 2:24-cv-00883-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX